FILED AT THE STAMFORD SUPERIOR COURT, FST-CV-23-6061360-S.

| | |
|---|---|
| ANDRZEJ MASUREZ, EXECUTOR OF ESTATE OF ROBERT C. PRESTO ) ) ) ) v. ) ) CHARLES PRESTO, INDIVIDUALLY ) & AS EXECUTOR OF THE ESTATE OF ) WILLIAM PRESTO, TEODOZJA PRESTO ) | U.S. DISTRICT COURT OF CONNECTICUT AT BRIDGEPORT |

NOTICE OF REMOVAL

This is a Notice of Removal of this case FST-CV-23-6061360-S from the Stamford Superior Court at 123 Hoyt Street, Stamford, Connecticut, 06905. Defendants Charles Presto, in his individual capacity, and Charles Presto, Executor of the Estate of William Presto agree that this matter should be removed from the Stamford Superior Court. The Summons lists Teodozja Presto as a "Defendant" residing at 10 Carleton Street, Greenwich, CT 06830. However, she does not reside at that address, and it does not appear that she is a true defendant. If anything, she should be a plaintiff.

There is an appearance of impropriety about the Complaint, as it tries to make it appear that Teodozja Presto is a resident of Greenwich, Connecticut. The Greenwich Probate Court issued a Certification of April 17, 2023, which stated it had mailed a decree of April 17, 2023 to Teodozja Presto, Tucholanka Tlen, Ul., Bydgoska 4, 86-150, Osie, Poland. The Lathouris Law Firm had updated the address for the Probate Court. Also, on April 06, 2022, Atty. Lathouris stated that Teodozja Presto was residing at an "assisted living" facility in Poland and that she had been diagnosed with "dementia," and that she was unable to attend the hearing on that date. She also did not attend the hearing on May 11, 2022. On July 18, 2022, the Greenwich Probate Court noted in a decree that Teodozja Presto was "overseas" and "infirm" and "elderly" and that she had not attended the hearing on May 11, 2022. The marriage license of Teodozja (Barska) Presto to William Presto reveals that her date of birth is May 06, 1927. She turned 96 years old this past May 06, 2023.

1

If Teodozja Presto has been diagnosed with dementia as of April 06, 2022, there must be a determination if she can be a plaintiff or defendant. Teodozja Presto is actually the person who claims that the property at 10 Carleton Street, Greenwich, CT 06830 goes to her. She should be a plaintiff in this matter, who claims ownership of the real property, and not be a defendant.

A Greenwich Probate Court hearing was held on May 11, 2022, in which Charles Presto, in either capacity, was not provided with proper notice as defined by the grant of an ADA Request. Charles became aware of the hearing after it had started, and then the Webex video conferencing application, required by the Probate Court, could not join him to the alleged hearing. An ADA Grievance has been filed regarding the lack of proper notice, as the Chief Clerk has admitted she did not follow the requirements of the granted ADA Request, which required that the notice documents be sent by U.S.P.S.

There is therefore a question if the hearing of May 11, 2022 was legitimate, as Charles Presto, in both capacities was denied due process and equal protection of the law, when he was not provided proper notice of the hearing. When Charles learned of the hearing, he tried to join it using the application provided by the Probate Court, but the application would not join him to the hearing. The appearance of impropriety about that hearing is profound. There is a fundamental violation of the U.S. Constitution including the due process and equal protection amendment and the First Amendment, right to free speech, as Charles was prevented from attending the hearing.

This raises the question of the legitimacy of Andrzej Mazurek to be the Executor of the Estate of Robert Presto. The hearing from which he was made Executor, may be void, and his certification may be void. It should also be noted that the Greenwich Probate Court had knowledge that the Webex application was not working, as Charles Presto was on the phone with the designated Clerk of the Probate Court. The Greenwich Probate Court had knowledge of what was required for proper service, and they knew that they were not in compliance.

THE DIVERSITY ISSUE

Plaintiff Andrzej Masurez (this is actually a new spelling, as he has always been Mazurek in the past) is understood to live at 4 Putnam Hill, Apt 2a, Greenwich, CT, 06830, although he states his address as 10 Carleton St, Greenwich, CT 06830, in the Summons and Complaint. Both addresses are in Greenwich, CT.

Defendants Charles Presto individually and Charles Presto as Executor of the Estate of William Presto are from California, and reside at 214 Highland Avenue, Santa Cruz, CA 95060. Teodozja Presto, in the Summons, is listed as a "Defendant" and as living at 10 Carleton Street, Greenwich, CT, but as noted earlier, she is not residing at 10 Carleton Street, Greenwich, CT, but instead is living at Tucholanka Tlen, Ul., Bydgoska 4, 86-150 Osie, Poland. Defendants Charles Presto, in both capacities, do not believe that Teodozja Presto is a legitimate defendant.

## RELEVANT STATUTES

28 U.S.C. § 1332, 28 U.S.C. § 1446, 28 U.S.C. § 1441, the U.S. and Connecticut Constitution and the Americans with Disabilities Act

DIVERSITY OF THE PARTIES:

1. Plaintiff Andrzej Mazurez, Executory of the Estate of Robert Presto, has listed his address in the Summons as 10 Carleton Street, Greenwich, Connecticut, but it is understood to be 4 Putnam Hill, Apt. 2a, Greenwich, CT 06830.

2. Defendant Charles Presto in his individual capacity is residing at 214 Highland Avenue, Santa Cruz, California, 95060. Charles is disabled and a senior.

3. Defendant Charles Presto in his capacity as the Executor of the Estate of William Presto is residing at 214 Highland Avenue, Santa Cruz, California, 95060.

4. "Defendant" Teodozja Presto is listed as a Defendant in the Summons, and is listed as residing at 10 Carleton Street, Greenwich, CT 06830, but the Lathouris Law Office notified the Greenwich Probate Court that she resides at Tucholanka Tlen, Ul., Bydgoska 4, 86-150 Osie, Poland.

Plaintiff Mazurek and the Defendants, Charles as an individual and Charles as an Executor, live in different States. Teodozja Presto resides in Osie, Poland, based on recent Probate Court Certifications. Whether Teodozja Presto is a legitimate defendant or plaintiff, is a legal and factual question, as there is the additional question of her mental capacity.

The Plaintiff Masurez has failed to properly serve Charles Presto in his capacity as Executor of the Estate of William Presto as his agent for service of process is the acting judge of the Greenwich Probate Court. However, Charles Presto, as Executor of the Estate of William Presto is filing an appearance.

## THE $75,000 AMOUNT IN CONTROVERSY REQUIREMENT

The diversity requirements as to the dollar amount in question is met, as the Complaint asks for 1. Monetary damages; 2. Punitive damages; 3. Reasonable Attorney's Fees; 4. Cost; and 5. Such other relief, in equity or in law, as the Court may deem is just and equitable. The estimated value of the real property is approximately $1,500,000. All of this exceeds the $75,000 requirement. Alleged Executor Mazurek has identified in the Probate Court proceedings in the Robert Presto Estate, that the estimated value of the real property in question is appraised for about $1,500,000. Currently the Greenwich Probate Court is blocking access to the Case Filed Documents list. The amount in question in this case clearly exceeds the $75,000 number.

## DEFENDANTS CHARLES PRESTO AS INDIVIDUAL AND EXECUTOR AGREEMENT

The Defendants Charles Presto in both his legal capacities agree that this matter should be moved to the U.S. District Court for all the reasons cited in this Notice of Removal.

Charles Presto, Individual Capacity

By: _____

Charles Presto, 214 Highland St., Santa Cruz, CA 95060, 831-435-6029, prestocharles@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of this filing has been served either by mail or electronically on the counsel for the plaintiff, the Law Offices of Peter Lathouris on June 08, 2023, and sent to the address Tucholanka Tlen, Ul., Bydgoska 4, 86-150 Osie, Poland that is on file with the Greenwich Probate Court for 2023.

By: *Charles Presto*

## INCLUDED IN THIS REMOVAL PACKET

Check for $402.00.

Notice of Pro Se Appearances, Charles Presto Individual, Charles Presto, Executor

Civil Cover Sheet (U.S. District Court)

Notice of Removal

Superior Court Docket Sheets, FST-CV23-6061360-S

Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1

Notice of Pending Motions




### State of Connecticut Judicial Branch
# Superior Court E-Filing

- E-Services Home
- E-Services Inbox (93)
- Superior Court E-Filing
  - Civil/Family
  - Housing
  - Small Claims
- E-File a New Case
- E-File on an Existing Case
  - By Docket Number
  - By Party Name
  - List My Cases
- Court Events
  - By Date
  - By Docket Number
- Short Calendars
  - Markings Entry
  - Markings History
  - My Short Calendars
  - By Court Location
  - Calendar Notices
- My Shopping Cart (0)
- My E-Filed Items
- My Access Requests
- Legal Notices
- Pending Foreclosure Sales
- Search By Property Address

** Superior Court E-Filing, Supreme Court, Appellate Court E-filing and Centralized Small Claims E-Filing will be <u>intermittently</u> unavailable this Saturday, June 10, 2023, from 7:00 a.m. until 12:00 p.m. for system maintenance**

We are experiencing issues completing credit card transactions for filers using Safari browsers. At this time, if you are an attorney or firm using Safari as your browser, please either use a different browser or pay by check. Self-represented parties should also use a browser other than Safari if possible or should file any cases or motions which require a fee on paper with the Court Clerk. Thank you for your patience.

**Logged-In User:** Charles Presto (prestoca)     **E-Mail:** prestocharles@gmail.com   Logout

**FST-CV23-6061360-S**    **MAZUREK, ANDRZEJ v. PRESTO, CHARLES Et Al**
**Prefix:** FS1    **Case Type:** P20    **File Date:** 05/15/2023    **Return Date:** 05/30/2023

| Case Detail | Notices | History | Exhibits | Scheduled Court Dates | Self-rep Help Manual |

To receive an email when there is activity on this case, click here.

**Select Case Activity:**  E-File a Pleading or Motion ▼  [ Go ]

**Information updated as of:** 06/08/2023

### Case Information
**Case Type:** P20 - Property - Quiet Title/Discharge of Mortgage or Lien
**Court Location:** Stamford JD
**List Type:** No List Type
**Trial List Claim:**
**Last Action Date:** 05/26/2023 (The "last action date" is the date the information was entered in the system)

### Disposition Information
**Disposition Date:**
**Disposition:**
**Judge or Magistrate:**

### Party & Appearance Information

| Party | | | No Fee Party | Party Category | Party Type |
|---|---|---|---|---|---|
| **P-01** | **ANDRZEJ MAZUREK** | | | Plaintiff | Person |
| | Attorney: | LATHOURIS PETER V LAW OFFICE LLC (416501) File Date: 05/15/2023<br>1100 SUMMER STREET<br>STAMFORD, CT 06905 | | | |
| **D-01** | **CHARLES PRESTO** | | | Defendant | Person |
| | Self-Rep: | 214 HIGHLAND AVENUE     File Date: 05/24/2023<br>SANTA CRUZ, CA 95060 | | | |
| **D-02** | **CHARLES PRESTO EXECUTOR OF THE ESTATE OF WILLIAM PRESTO** | | | Defendant | Executor/Administrator |
| | Self-Rep:<br>NEW | 214 HIGHLAND AVENUE     File Date: 05/26/2023<br>SANTA CRUZ, CA 95060 | | | |
| **D-03** | **TEODOZJA PRESTO**<br>Non-Appearing | | | Defendant | Person |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an ☞ in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*
- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 05/15/2023 | P | **SUMMONS** | |
| | 05/15/2023 | P | **COMPLAINT** | |
| | 05/25/2023 | D | **APPEARANCE** NEW<br>Appearance | |
| | 05/30/2023 | D | **APPEARANCE** NEW<br>Appearance | |
| 100.30 | 05/15/2023 | P | **RETURN OF SERVICE** | No |
| 101.00 | 05/15/2023 | P | **LIS PENDENS** | No |

| Scheduled Court Dates as of 06/07/2023 | | | | |
|---|---|---|---|---|
| FST-CV23-6061360-S - MAZUREK, ANDRZEJ v. PRESTO, CHARLES Et Al | | | | |
| # | Date | Time | Event Description | Status |
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.
This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Copyright © 2023, State of Connecticut Judicial Branch